```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                      HARRISON DIVISION
```

**JOHNNY L. HARROLD**                                                **PLAINTIFF**

           **v.**         **Civil No. 07-03049**

**MICHAEL J. ASTRUE, Commissioner**
**Social Security Administration**                                   **DEFENDANT**

### J U D G M E N T

NOW on this 2nd day of March 2009, comes on for consideration the Report and Recommendation, dated February 9, 2009 (document #8), by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.  Ten (10) days have passed without objections being filed by the parties.  The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; reverses the decision of the ALJ; and remands this case to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

If plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment becomes "not appealable," i.e., 30 days after the 60-day time for appeal has ended.  See Shalala v. Schaefer, 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B), (d)(2)(G).

**IT IS SO ORDERED.**

> <u>**/s/Jimm Larry Hendren**</u>
> **HONORABLE JIMM LARRY HENDREN**
> **UNITED STATES DISTRICT JUDGE**