IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JOHNNY L. HARROLD                                        PLAINTIFF

     v.                        CIVIL NO. 07-3049

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                          DEFENDANT

**O R D E R**

On this 23rd day of October, 2009, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to 42 U.S.C. § 406(b). For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on September 29, 2009, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $1,291.28.

IT IS SO ORDERED.

                                           /s/Jimm Larry Hendren
                                           HONORABLE JIMM LARRY HENDREN
                                           UNITED STATES DISTRICT JUDGE